## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                          **PLAINTIFF**

**v.**                                    **Case No. 3:15-cv-00276-KGB-JTK**

**MEGAN CORBELL**, *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome Kearney (Dkt. No. 3).  Plaintiff Nicholas Cortez Addison has filed an objection to the Proposed Findings and Recommendations (Dkt. No. 5).  After careful review of the Proposed Findings and Recommendations, Mr. Addison's timely objections, and a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Accordingly, the Court denies Mr. Addison's motion to proceed *in forma pauperis* (Dkt. No. 3), and this case is dismissed without prejudice.

If Mr. Addison wants to continue this case, he must submit the statutory filing fee of $400.00 to the Clerk of the Court, noting the above case style and number within 14 days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

SO ORDERED this 7th day of January, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE